IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

                v.

DOMINIQUE GAUNICHAUX,

                Defendant.

ORDER

Case No. 18-cr-7-wmc-1

---

      As set out in previous orders, a hearing on the probation office's petition for judicial review of Dominque Gaunichaux's supervised release was originally held before me on August 16, 2021. At that time, I made detailed findings of fact establishing the defendant's violations of his conditions of supervised release, but extended his supervised release for 30 days subject to his compliance on home confinement until inpatient placement was secured at Rogers Behavior Health in Oconomowoc, Wisconsin. When that placement fell through, the defendant instead completed a 21-day inpatient treatment program at the Fahrman Center in Eau Claire, Wisconsin. A follow-up hearing was twice postponed for reasons also addressed in prior orders, before being held on January 13, 2022, at which time the court found revocation was warranted but agreed to continue defendant's supervised release for yet another 30 days under certain conditions, including appearing at the Probation Office for placement of a new sweat patch on January 18th and fully cooperating with Probation Officer Brown.

      Although defendant Gaunichaux has since failed to keep Probation Officer Brown up to date on his employment status, he has complied with replacement of his sweat patch on January 21 (three days late due to defendant's continued recovery from Covid-19) and February 4, 2022.

Unfortunately, the results of the February 4th sweat patch have not yet come back from the lab, nor will the results of the second patch be available until early March. Accordingly, the court will CONTINUE today's hearing until March 11, 2022, at 2:00 p.m. Should defendant test positive for drug use before that time, or otherwise further materially violate the terms and conditions of his current supervision, this hearing may be accelerated upon notice from the United States Probation Office.

    Entered this 11th day of February, 2022.

                              BY THE COURT:

                              /s/

                              Honorable William M. Conley
                              District Judge